BEFORE THE SECOND DIVISION, SEPTEMBER 16, 1954

**No. 58392.**—Acrow, Incorporated *v.* United States, protest 179643–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of building shores, struts, or props, and parts thereof, the same in all material respects as those involved in Abstract 57727, the claim of the plaintiff was sustained.

**No. 58393.**—Acrow, Incorporated *v.* United States, protest 188741–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of building shores, struts, or props, and parts thereof, the same in all material respects as those involved in Abstract 57727, the claim of the plaintiff was sustained.

**No. 58394.**—I. J. Nethe & Co. et al. *v.* United States, protests 188955–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of veils similar in all material respects to those the subject of Abstract 57645, the claim of the plaintiffs was sustained.

**No. 58395.**—I. J. Nethe & Co. *v.* United States, protests 193642–K, etc. (New York).